# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2362 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 34 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 33803 |
| | : | |
| J. MICHAEL FARRELL, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2019, upon consideration of the Verified Statement of Resignation, J. Michael Farrell is disbarred on consent from the Bar of this Commonwealth, retroactive to March 10, 2017. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).